## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty four,

United States of America,

    Appellee,

 v.

Ruja Ignatova, AKA Cryptoqueen, Konstantin Ignatov, AKA Sealed Defendant 1, David R. Pike, Frank Schneider, Irina Dilkinska,

    Defendants - Defendants,

Karl Sebastian Greenwood, Mark S. Scott,

    Defendants - Appellants.

**ORDER**
Docket No. 23-7199(L)

    Appellee moves for leave to share oral argument between two Assistant United States Attorneys.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:<br>
Catherine O'Hagan Wolfe,<br>
Clerk of Court