**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 31, 2025
Docket #: 23-7199, 24-368
Short Title: United States of America v. Scott (Greenwood)

DC Docket #: 1:17-cr-630-5
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Edgardo Ramos

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8658.