# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-five.

_____

United States of America,

    Appellee,

v.

Karl Sebastian Greenwood, Mark S. Scott,

    Defendants - Appellants,

Ruja Ignatova, AKA Cryptoqueen, Konstantin Ignatov, AKA Sealed Defendant 1, David R. Pike, Frank Schneider, Irina Dilkinska,

    Defendants.

**ORDER**
Docket Nos: 23-7199 (Lead)
24-368 (Con)

_____

Appellant, Mark S. Scott, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

