UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand twenty-five.

Before:     José A. Cabranes,
                Richard C. Wesley,
                Steven J. Menashi,
                    *Circuit Judges.*

---

United States of America,

    Appellee,

  v.

Karl Sebastian Greenwood, Mark S. Scott,

    Defendants - Appellants,

Ruja Ignatova, AKA Cryptoqueen, Konstantin Ignatov, AKA Sealed Defendant 1, David R. Pike, Frank Schneider, Irina Dilkinska,

    Defendants.

---

**ORDER**

Docket Nos. 23-7199(L), 24-368(Con)

    Appellant Mark S. Scott moves to stay the issuance of the mandate.

    IT IS HEREBY ORDERED that the motion is DENIED.

                      For the Court:

                      Catherine O'Hagan Wolfe,
                      Clerk of Court